FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICHARD L. COX, TRUSTEE                                    PLAINTIFF

VS.                         NO. 4:05MC00038

JOHN L. HERZOG, SR.
T. THOMAS FOX, JR., ET. AL.                                DEFENDANTS

## ORDER

The Court has reviewed the pleadings filed in this case and finds that this case should be assigned a criminal docket number and a trial date should be scheduled. The case should be styled: United States of America on behalf of Richard L. Cox, Trustee v. T. Thomas Fox, Jr. Pursuant to Fed. R. Crim. P. 42, the Court requests that this contempt be prosecuted by an attorney for the government. T. Thomas Fox, Jr. is represented by Spencer R. Robinson and William Owen James, Jr. All pleadings filed in the miscellaneous civil matter will be transferred to the criminal docket. All future pleadings should reflect the new criminal number.

IT IS SO ORDERED this 10th day of May, 2006.

James M. Moody
United States District Judge